STATE OF NEW JERSEY v. TERRANCE WYATT.

April 28, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. HASSAN O. KEMP.

April 28, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. BRUCE CUNNINGHAM.

April 28, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT RELDAN.

April 28, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. NORWOOD L. WHITE.

April 28, 1987.

Petition for certification denied.